| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: <br> _____Southern District of Texas_____ |
| Case number (if known): _____   Chapter __11__ |

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**   Jacobson Hotels, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**   4 7 – 2 9 3 1 3 0 4

**4. Debtor's address**

**Principal place of business**

18484 Interstate 45 S
Number      Street

Shenandoah, TX 77384-4118
City                    State     ZIP Code

Montgomery
County

**Mailing address, if different from principal place of business**

35 Marquise Oaks Pl
Number      Street

P.O. Box

The Woodlands, TX 77382-1081
City                    State     ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number      Street

_____
City                    State     ZIP Code

**5. Debtor's website (URL)**   _____

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor   Jacobson Hotels, Inc.                                                              Case number *(if known)* _____
        Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>❑ Railroad (as defined in 11 U.S.C. §101(44))<br>❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>❑ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>❑ Tax-exempt entity (as described in 26 U.S.C. §501)<br>❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>   7  2  1  1 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>❑ Chapter 7<br>❑ Chapter 9<br>☑ Chapter 11. *Check **all** that apply:*<br>   ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ❑ A plan is being filed with this petition.<br>   ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>❑ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>❑ Yes.  District _____  When _____  Case number _____<br>                                        MM / DD / YYYY<br>        District _____  When _____  Case number _____<br>                                        MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>❑ Yes.  Debtor _____  Relationship _____<br>        District _____  When _____<br>                                            MM / DD / YYYY<br>        Case number, if known _____ |

Debtor   Jacobson Hotels, Inc.                                        Case number *(if known)*
        Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this* district?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>                 Number   Street<br>_____<br>City                    State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☑ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000 |
| **15.** | **Estimated assets** | ☐ $0-$50,000   ☑ $1,000,001-$10 million   ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000   ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor   Jacobson Hotels, Inc.
         Name                                                           Case number *(if known)*

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ▪ I have been authorized to file this petition on behalf of the debtor.
- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/04/2020
              MM/ DD/ YYYY

X   /s/ Grace L. Jacobson                                 Grace L. Jacobson
    Signature of authorized representative of debtor      Printed name

Title   Director

**18. Signature of attorney**

X   /s/ Patrick D. Devine                                 Date   08/04/2020
    Signature of attorney for debtor                             MM/ DD/ YYYY

Patrick D. Devine
Printed name

Devine Law Firm, PC
Firm name

620 W. Main St. Suite C
Number       Street

Tomball                                                   TX              77375
City                                                      State           ZIP Code

(281) 255-0244                                            pdevine@pdevinelaw.com
Contact phone                                             Email address

05662200                                                  TX
Bar number                                                State

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

IN RE: § §

**Jacobson Hotels, Inc.** § Case No. _____

§

Debtor(s) § Chapter  11

## DECLARATION FOR ELECTRONIC FILING OF
## BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)

**PART I: DECLARATION OF PETITIONER:**

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition and in the lists of creditors to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition and lists of creditors have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐  *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑  *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the petition and lists of creditors on behalf of the debtor in this case.

Date  08/04/2020          /s/ Grace L. Jacobson
                          Grace L. Jacobson
                          Director
                          EIN No.  1 3 0 4

**PART II: DECLARATION OF ATTORNEY:**

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date  08/04/2020          /s/ Patrick D. Devine
                          Patrick D. Devine
                          Attorney

# Jacobson Hotels Inc
## Profit and Loss Standard
January through December 2019

Accrual Basis

|  | Jan – Dec '19 |
|---|---:|
| **Ordinary Income/Expense** | |
|   Income | |
|     Fee Income | 447,991 |
|   Total Income | 447,991 |
| **Gross Profit** | 447,991 |
|   Expense | |
|     CABLE | 7,860 |
|     franchise Fee | 26,460 |
|     HOTEL SUPPLIES | 28,709 |
|     Housekeeping | 1,200 |
|     Insurance Expense | 16,678 |
|     Interest Expense | |
|       Interest Espense Mortga... | 144,638 |
|     Total Interest Expense | 144,638 |
|     INTERNET | 5,417 |
|     Lawn Services | 3,610 |
|     LEGAL AND ACCOUNTING | 1,700 |
|     MAINTENANCE | 4,800 |
|     MEMBERSHIPS | 400 |
|     Newspaper Service | 432 |
|     Payroll Expenses | 123,709 |
|     PEST CONTROL | 1,800 |
|     Processing Fee | 14,886 |
|     Repairs | |
|       Repairs Building | 3,840 |
|     Total Repairs | 3,840 |
|     Supplies | |
|       Supplies Breakfast | 18,602 |
|     Total Supplies | 18,602 |
|     Taxes – Property | 71,223 |
|     Taxes – Sales & Use | 36 |
|     Taxes – State Franchise | 0 |
|     Telephone Expense | 7,946 |
|     TRAVEL AGENT COMMISS... | 4,680 |
|     Utilities | |
|       Utiities Water & Sewer | 7,782 |
|     Total Utilities | 7,782 |
|     Utilities Electric | 17,032 |
|     utilities Gas | 4,245 |
|     WASTE DISPOSAL | 1,773 |
|   Total Expense | 519,458 |

# Jacobson Hotels Inc
## Profit and Loss Standard

Accrual Basis  January through December 2019

|  | Jan – Dec '19 |
|---|---:|
| Net Ordinary Income | −71,467 |
| **Other Income/Expense** |  |
|   Other Income |  |
|     Other Income | 18 |
|   Total Other Income | 18 |
| Net Other Income | 18 |
| Net Income | −71,449 |

# Jacobson Hotels Inc
## Balance Sheet Standard
As of December 31, 2019

Accrual Basis

|  | Dec 31, '19 |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Checking/Savings | |
|       Checking/Savings | |
|         Cash Texas Gulf Bank | 8,826 |
|         Cash Wells Fargo | 62 |
|       Total Checking/Savings | 8,888 |
|     Total Checking/Savings | 8,888 |
|   Total Current Assets | 8,888 |
|   Fixed Assets | |
|     Buildings and Improvem... | 4,100,000 |
|     computers | 17,679 |
|     Furniture and Equipment | 162,350 |
|     Land | 850,000 |
|   Total Fixed Assets | 5,130,029 |
|   Other Assets | |
|     Goodwill | 350,000 |
|     Loan Origination Fees | 92,232 |
|     prepaid franchise fee | 176,000 |
|   Total Other Assets | 618,232 |
| **TOTAL ASSETS** | 5,757,149 |
| **LIABILITIES & EQUITY** | |
|   Liabilities | |
|     Long Term Liabilities | |
|       Long Term Liability SBA | 1,382,884 |
|       Long Term Liability TX ... | 2,467,236 |
|     Total Long Term Liabilities | 3,850,120 |
|   Total Liabilities | 3,850,120 |
|   Equity | |
|     Balance Equity | 1,300,175 |
|     Capital Stock | 30,000 |
|     Retained Earnings | 576,854 |
|   Total Equity | 1,907,029 |
| **TOTAL LIABILITIES & EQUITY** | 5,757,149 |

# Form 1120S — U.S. Income Tax Return for an S Corporation

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0123

**2018**

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
▶ Go to www.irs.gov/Form1120S for instructions and the latest information.

For calendar year 2018 or tax year beginning _____ , 2018, ending _____ , 20 ___

**A** S election effective date: 01/21/2015
**B** Business activity code number (see instructions): 721110
**C** Check if Sch. M-3 attached ☐

TYPE OR PRINT
Name: JACOBSON HOTELS INC
Number, street, and room or suite no.: 35 MARQUISE OAKS PL
City or town, state or province, country, and ZIP or foreign postal code: THE WOODLANDS TX 77382

**D** Employer identification number: 47-2931304
**E** Date incorporated: 01/21/2015
**F** Total assets (see instructions): $ 4,520,901.

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No  If "Yes," attach Form 2553 if not already filed
**H** Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change  (4) ☐ Amended return  (5) ☐ S election termination or revocation
**I** Enter the number of shareholders who were shareholders during any part of the tax year ▶ 2

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| Line | Description | | Amount |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a  624,195. | |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | 624,195. |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 624,195. |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | 4 | |
| 5 | Other income (loss) (see instructions—attach statement) | 5 | 9,441. |
| 6 | **Total income (loss).** Add lines 3 through 5 ▶ | 6 | 633,636. |

### Deductions (see instructions for limitations)

| Line | Description | Amount |
|---|---|---|
| 7 | Compensation of officers (see instructions—attach Form 1125-E) | 32,000. |
| 8 | Salaries and wages (less employment credits) | 141,668. |
| 9 | Repairs and maintenance | 4,524. |
| 10 | Bad debts | 1,458. |
| 11 | Rents | |
| 12 | Taxes and licenses | 89,068. |
| 13 | Interest (see instructions) | 204,949. |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 167,221. |
| 15 | Depletion **(Do not deduct oil and gas depletion.)** | |
| 16 | Advertising | 500. |
| 17 | Pension, profit-sharing, etc., plans | |
| 18 | Employee benefit programs | |
| 19 | Other deductions (attach statement)   See Statement | 331,088. |
| 20 | **Total deductions.** Add lines 7 through 19 ▶ | 972,476. |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | -338,840. |

### Tax and Payments

| Line | Description | | Amount |
|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | |
| b | Tax from Schedule D (Form 1120S) | 22b | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | 22c | |
| 23a | 2018 estimated tax payments and 2017 overpayment credited to 2018 | 23a | |
| b | Tax deposited with Form 7004 | 23b | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | |
| d | Refundable credit from Form 8827, line 8c | 23d | |
| e | Add lines 23a through 23d | 23e | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 24 | |
| 25 | Amount owed. If line 23e is smaller than the total of lines 22c and 24, enter amount owed | 25 | |
| 26 | Overpayment. If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| 27 | Enter amount from line 26: **Credited to 2019 estimated tax** ▶  Refunded ▶ | 27 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____  Date _____  Title: PRESIDENT

May the IRS discuss this return with the preparer shown below (see instructions)? ☐ Yes ☒ No

**Paid Preparer Use Only**
Print/Type preparer's name: DAKSHA PATEL
Preparer's signature: DAKSHA PATEL
Check ☐ if self-employed
PTIN: P00418382
Firm's name: ▶ DJP SWALY BOOKKEEPING SERVICES INC
Firm's EIN ▶ 27-4288995
Firm's address ▶ 9555 W SAM HOUSTON PKWY S STE 335 HOUSTON TX 77099-2173
Phone no. (713) 776-1848

For Paperwork Reduction Act Notice, see separate instructions. BAA    REV 02/22/19 PRO    Form **1120S** (2018)

Allied Insurance & Financial
Att: Samson Abiodun
8403 Westglen Dr. A1321
Houston, TX 77063


Amenity Services
110 W Dayton Street 3-201
Edmonds, WA 98020


Richard T. Avis
P.O. Box 31579
Chicago, IL 60631


BB&T
P.O. Box 200
Wilson, NC 27894


Centerpoint Energy
PO Box 4981
Houston, TX 77210


Chase Ink Card
P.O. Box 15123
Wilmington, DE 19850-5123


City of Shenandoah
29955 Interstate 45 N
Spring, TX 77381


Consolidated Communications
P.O. Box 66523
Saint Louis, MO 63166-6523

Entergy
P.O. Box 8104
Baton Rouge, LA 70891


Farmers Insurance
c/o Graham Carter
One Pierce Place 725W
Itasca, IL 60143


Girouard Law Firm, P.C.
c/o Sagness Girouard
P.O. Drawer 2196
Freeport, TX 77542


HD Supply Facilities
Maintenance
P.O. Box 509058
San Diego, CA 92150


Hilton Domestic Operating Co.
c/o Raunch-Milliken Int'l Inc.
P.O. Box 8390
Metairie, LA 70011


Kenneth Jacobson
35 Marquise Oaks Pl.
Spring, TX 77382


Markel Amer. Ins. &
Acceptance Indem.
P.O. Box 650028
Dallas, TX 75265


Mood Media
P.O. Box 602777
Charlotte, NC 28260-2777

North Texas Certified
Development Corp.
c/o Marilyn Ferguson
1255 West 15th St. 500
Plano, TX 75075

Sherwin Williams
17947 I-45 202
Shenandoah, TX 77385

Spectrum Business
P.O. Box 790261
Saint Louis , MO 63179

Stonemark, Inc.
8501 Wade Blvd. 620
Frisco, TX 75034

Swaly Tax Services
c/o Daksha Patel
9555 W. Sam Houston Pkwy S. 335
Houston, TX 77099

Synchrony Bank
P.O. Box 965004
Orlando, FL 32896

Texas Comptroller of Public
Accounts
PO Box 13528, Capitol Station
Austin, TX 78711

Texas Gulf Bank
1030 Dixie Drive
Clute, TX 77531-5124

Versacor
P.O. Box 93809
Southlake, TX 76092


Waste Management
P.O. Box 43350
Phoenix, AZ 85080


WCA Waste Systems
P.O. Box 4524
Houston, TX 77210


William C. Ferebee
Steptoe & Johnson
1780 Hughes Landing Blvd. 750
Spring, TX 77380


Wyndham Hotels & Resorts
22 Sylvan Way
Parsippany, NJ 07054

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Jacobson Hotels, Inc.**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  08/04/2020      Signature       /s/ Jacobson Hotels, Inc.
                                      Grace L. Jacobson, Director