**Fill in this information to identify the case:**

Debtor name _____ Jacobson Hotels, Inc. _____

United States Bankruptcy Court for the:
_____ Southern District of Texas _____

Case number (if known): _____ 20-33957 _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. Cash on hand** _____

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 Wells Fargo | Checking account | | $6,000.00 |
| 3.2 Texas Gulf Bank | Checking account | | $25,000.00 |

**4. Other cash equivalents** *(Identify all)*
None

**5. Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $31,000.00

| Part 2: | Deposits and prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**
☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit
None

Debtor    **Jacobson Hotels, Inc.**                                              Case number *(if known)* _____**20-33957**_____
          Name

---

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

    **None**

9.  **Total of Part 2**
    Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                                    **$0.00**

---

**Part 3:**  Accounts receivable

---

10. **Does the debtor have any accounts receivable?**
    ☑ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

11. **Accounts Receivable**

    11a. 90 days old or less:   _____ - _____ = ......  ➜    _____
                                face amount       doubtful or uncollectible accounts

    11b. Over 90 days old:      _____ - _____ = ......  ➜    _____
                                face amount       doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.                                                           **$0.00**

---

**Part 4:**  Investments

---

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of fund or stock:                          % of ownership:

    **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

---

Debtor    **Jacobson Hotels, Inc.**                                         Case number *(if known)*        **20-33957**
_____
Name

**None**

17.  **Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                                    **$0.00**

| Part 5: | Inventory, excluding agriculture assets |
|---------|----------------------------------------|

18.  **Does the debtor own any inventory (excluding agriculture assets)?**
☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|

19.  **Raw materials**

None

20.  **Work in progress**

None

21.  **Finished goods, including goods held for resale**

None

22.  **Other inventory or supplies**

None

23.  **Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                                    **$0.00**

24.  **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

Debtor      **Jacobson Hotels, Inc.**                                    Case number *(if known)*        **20-33957**
            Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.   Crops — either planted or harvested**

   None

**29.   Farm animals** *Examples*: Livestock, poultry, farm-raised fish

   None

**30.   Farm machinery and equipment** (Other than titled motor vehicles)

   None

**31.   Farm and fishing supplies, chemicals, and feed**

   None

**32.   Other farming and fishing-related property not already listed in Part 6**

   None

**33.   Total of Part 6**

   Add lines 28 through 32. Copy the total to line 85.                                                     **$0.00**

**34.   Is the debtor a member of an agricultural cooperative?**
   ☑No
   ☐Yes. Is any of the debtor's property stored at the cooperative?
         ☐No
         ☐Yes

**35.   Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   ☑No
   ☐Yes

**36.   Is a depreciation schedule available for any of the property listed in Part 6?**
   ☑No
   ☐Yes

**37.   Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ☑No
   ☐Yes

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

**38.   Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
   ☐No. Go to Part 8.
   ☑Yes. Fill in the information below.

| Debtor | Jacobson Hotels, Inc. | Case number *(if known)* | 20-33957 |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.**   **Office furniture**

39.1   **furniture and equipment** — $162,350.00 — Furniture and Equipment — (Unknown)

**40.**   **Office fixtures**

   **None**

**41.**   **Office equipment, including all computer equipment and communication systems equipment and software**

41.1   **computers** — $17,679.00 — (Unknown)

**42.**   **Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

   **None**

**43.**   **Total of Part 7**

   Add lines 39 through 42. Copy the total to line 86.   $0.00

**44.**   **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☑No
   ☐Yes

**45.**   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ☑No
   ☐Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.**   **Does the debtor own or lease any machinery, equipment, or vehicles?**
   ☑No. Go to Part 9.
   ☐Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

   **None**

**48.**   **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Debtor    **Jacobson Hotels, Inc.** _____   Case number *(if known)* _____ **20-33957**
          Name

---

**None**

49.  **Aircraft and accessories**

     **None**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

     **None**

51.  **Total of Part 8**

     Add lines 47 through 50. Copy the total to line 87.                                                    **$0.00**

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

     ☑No
     ☐Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

     ☑No
     ☐Yes

---

**Part 9:    Real Property**

---

54.  **Does the debtor own or lease any real property?**

     ☐No. Go to Part 10.
     ☑Yes. Fill in the information below.

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

| 55.1 Baymont Inn & Suites | Fee Simple | (Unknown) | Estimated comparable value | $6,000,000.00 |
|---|---|---|---|---|

56.  **Total of Part 9**

     Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.          **$6,000,000.00**

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

     ☑No
     ☐Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

     ☑No
     ☐Yes

---

**Part 10:    Intangibles and Intellectual Property**

---

Debtor __Jacobson Hotels, Inc._____    Case number *(if known)* _____20-33957_____
        Name

---

**59.** **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.** Patents, copyrights, trademarks, and trade secrets

   None

**61.** Internet domain names and websites

   None

**62.** Licenses, franchises, and royalties

   62.1 _Wyndham franchise_____    $176,000.00 _____    _____    (Unknown)

**63.** Customer lists, mailing lists, or other compilations

   None

**64.** Other intangibles, or intellectual property

   None

**65.** Goodwill

   65.1 _goodwill_____    $350,000.00 _____    _____    (Unknown)

**66.** **Total of Part 10**
   Add lines 60 through 65. Copy the total to line 89.    _____$0.00

**67.** **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)
☑ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 11:** All other assets

---

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**
☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

---

Debtor     __Jacobson Hotels, Inc.__        Case number *(if known)*     __20-33957__
       Name

|  |  |
|---|---|
|  | **Current value of debtor's interest** |

**71.**    **Notes receivable**

       Description (include name of obligor)

       **None**

**72.**    **Tax refunds and unused net operating losses (NOLs)**

       Description (for example, federal, state, local)

       **None**

**73.**    **Interests in insurance policies or annuities**

       **None**

**74.**    **Causes of action against third parties (whether or not a lawsuit has been filed)**

       **None**

**75.**    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

       **None**

**76.**    **Trusts, equitable or future interests in property**

       **None**

**77.**    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

       **None**

**78.**    **Total of Part 11**

       Add lines 71 through 77. Copy the total to line 90.            **$0.00**

**79.**    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

       ☑No

       ☐Yes

Debtor   __Jacobson Hotels, Inc._____   Case number *(if known)* _____**20-33957**_____
         Name

## Part 12:   Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$31,000.00** | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*........................................................... | ➔ | **$6,000,000.00** |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | **$31,000.00** | **+** 91b. **$6,000,000.00** |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................. | | **$6,031,000.00** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Jacobson Hotels, Inc. |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known): | 20-33957 |

☐ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1**

**Creditor's name**
North Texas Certified Development Corp.

**Creditor's mailing address**
c/o Marilyn Ferguson
1255 West 15th St. 500
Plano, TX 75075

**Creditor's email address, if known**

**Date debt was incurred** 2015

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No.
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
   1) Texas Gulf Bank
   **2) North Texas Certified Development Corp.**

**Describe debtor's property that is subject to a lien**
Baymont Inn & Suites
18484 Interstate 45 S Conroe, TX 77384

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $1,383,000.00    Value of collateral: $6,000,000.00

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$3,850,000.00

| Debtor | Jacobson Hotels, Inc. | | Case number *(if known)* | 20-33957 |
|---|---|---|---|---|
| | Name | | | |

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
|---|---|---|---|

**2.2**

**Creditor's name**

Texas Gulf Bank

**Creditor's mailing address**

1030 Dixie Drive

Clute, TX 77531-5124

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Have you already specified the relative priority?

**For Asset:**
**Baymont Inn & Suites**
**18484 Interstate 45 S Conroe, TX 77384**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ____2.1____

**For Asset:**
**furniture and equipment**

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**computers**

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Baymont Inn & Suites
18484 Interstate 45 S Conroe, TX 77384

furniture and equipment

computers

**Describe the lien**

Deed of Trust, Security Interest

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$2,467,000.00    $6,000,000.00

| Debtor | Jacobson Hotels, Inc. | Case number *(if known)* | 20-33957 |
|---|---|---|---|
| | Name | | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Girouard Law Firm, P.C. <br> c/o Sagness Girouard <br> P.O. Drawer 2196 <br> Freeport, TX 77542 | Line ___2.2___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Jacobson Hotels, Inc. |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known): | 20-33957 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.   Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br>_____<br><br>_____<br><br>_____<br><br>**Date or dates debt was incurred**<br><br>_____<br><br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | _____ | _____ |
| **2.2** Priority creditor's name and mailing address<br><br>_____<br><br>_____<br><br>_____<br><br>**Date or dates debt was incurred**<br><br>_____<br><br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | _____ | _____ |

| Debtor | Jacobson Hotels, Inc. | Case number *(if known)* | 20-33957 |
|--------|------------------------|--------------------------|----------|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | **Amount of claim** |
|---|---|

### 3.1
**Nonpriority creditor's name and mailing address**
Allied Insurance & Financial

Att: Samson Abiodun

8403 Westglen Dr. A1321

Houston, TX 77063

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Amount of claim: unknown

### 3.2
**Nonpriority creditor's name and mailing address**
Amenity Services

110 W Dayton Street 3-201

Edmonds, WA 98020

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Amount of claim: $110.00

### 3.3
**Nonpriority creditor's name and mailing address**
American Express

PO Box 981535

El Paso, TX 79998

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card debt

Is the claim subject to offset?
☒ No
☐ Yes

Amount of claim: $5,000.00

### 3.4
**Nonpriority creditor's name and mailing address**
BB&T

P.O. Box 200

Wilson, NC 27894

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Amount of claim: $5,010.00

### 3.5
**Nonpriority creditor's name and mailing address**
Centerpoint Energy

PO Box 4981

Houston, TX 77210

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Amount of claim: $1,132.00

| Debtor | Jacobson Hotels, Inc. | Case number *(if known)* | 20-33957 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.6** Nonpriority creditor's name and mailing address

Chase Ink Card

P.O. Box 15123

Wilmington, DE 19850-5123

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$80,000.00

---

**3.7** Nonpriority creditor's name and mailing address

City of Shenandoah

29955 Interstate 45 N

Spring, TX 77381

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.8** Nonpriority creditor's name and mailing address

Consolidated Communications

P.O. Box 66523

Saint Louis, MO 63166-6523

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$300.00

---

**3.9** Nonpriority creditor's name and mailing address

Entergy

P.O. Box 8104

Baton Rouge, LA 70891

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utilities

Is the claim subject to offset?
☑ No
☐ Yes

$23,067.87

---

**3.10** Nonpriority creditor's name and mailing address

Farmers Insurance

c/o Graham Carter

One Pierce Place 725W

Itasca, IL 60143

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

| Debtor | Jacobson Hotels, Inc. | Case number (if known) | 20-33957 |
|---|---|---|---|
| | Name | | |

## Part 2: | Additional Page

### 3.11
**Nonpriority creditor's name and mailing address**

HD Supply Facilities Maintenance

P.O. Box 509058

San Diego, CA 92150

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,806.00

---

### 3.12
**Nonpriority creditor's name and mailing address**

Hilton Domestic Operating Co.

c/o Raunch-Milliken Int'l Inc.

P.O. Box 8390

Metairie, LA 70011

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

### 3.13
**Nonpriority creditor's name and mailing address**

Jacobson Hospitality, Inc.

35 Marquise Oaks Pl.

Spring, TX 77382

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loans

**Is the claim subject to offset?**
☑ No
☐ Yes

$80,000.00

---

### 3.14
**Nonpriority creditor's name and mailing address**

Jacobson, Kenneth

35 Marquise Oaks Pl.

Spring, TX 77382

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loans

**Is the claim subject to offset?**
☑ No
☐ Yes

$300,000.00

---

### 3.15
**Nonpriority creditor's name and mailing address**

Markel Amer. Ins. & Acceptance Indem.

P.O. Box 650028

Dallas, TX 75265

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

Debtor    __Jacobson Hotels, Inc._____     Case number *(if known)*    __20-33957__
Name

---

**Part 2:**  Additional Page

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38.00 |

Mood Media

P.O. Box 602777

Charlotte, NC 28260-2777

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |

Sherwin Williams

17947 I-45 202

Shenandoah, TX 77385

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,000.00 |

Small Business Administration

409 3rd St., SW

Washington, DC 20416

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  PPP loan

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

Spectrum Business

P.O. Box 790261

Saint Louis , MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

Stonemark, Inc.

8501 Wade Blvd. 620

Frisco, TX 75034

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  __Jacobson Hotels, Inc.__                              Case number *(if known)*    __20-33957__
        Name

| **Part 2:** | Additional Page |

---

**3.21** | Nonpriority creditor's name and mailing address

Swaly Tax Services

c/o Daksha Patel

9555 W. Sam Houston Pkwy S. 335

Houston, TX 77099

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

$2,700.00

---

**3.22** | Nonpriority creditor's name and mailing address

Synchrony Bank

P.O. Box 965004

Orlando, FL 32896

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$12,000.00

---

**3.23** | Nonpriority creditor's name and mailing address

Texas Comptroller of Public Accounts

PO Box 13528, Capitol Station

Austin, TX 78711

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.24** | Nonpriority creditor's name and mailing address

Versacor

P.O. Box 93809

Southlake, TX 76092

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,833.00

---

**3.25** | Nonpriority creditor's name and mailing address

Waste Management

P.O. Box 43350

Phoenix, AZ 85080

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

| Debtor | **Jacobson Hotels, Inc.** | Case number *(if known)* | **20-33957** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | Additional Page |
|---|---|

| **3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $418.00 |
|---|---|---|---|

**3.26** Nonpriority creditor's name and mailing address

WCA Waste Systems

P.O. Box 4524

Houston, TX 77210

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $418.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address

Wyndham Hotels & Resorts

22 Sylvan Way

Parsippany, NJ 07054

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Jacobson Hotels, Inc. | Case number *(if known)* | 20-33957 |
|---|---|---|---|
| | Name | | |

## Part 3: List Others to Be Notified About Unsecured Claims

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Avis, Richard T.**<br>**P.O. Box 31579**<br>**Chicago, IL 60631** | Line **3.15**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2 | **William C. Ferebee**<br>**Steptoe & Johnson**<br>**1780 Hughes Landing Blvd. 750**<br>**Spring, TX 77380** | Line **3.7**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    __Jacobson Hotels, Inc._____     Case number *(if known)*_____ __20-33957__
                    Name

<table>
<tr><td colspan="3" style="background:black;color:white"><strong>Part 4:</strong> Total Amounts of the Priority and Nonpriority Unsecured Claims</td></tr>
</table>

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. | **+** | $538,014.87 |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $538,014.87 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Jacobson Hotels, Inc. |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known): | 20-33957   Chapter ___11___ |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Franchise agreement | Wyndham Hotels & Resorts |
| | **State the term remaining** | 0 months | 22 Sylvan Way |
| | **List the contract number of any government contract** | | Parsippany, NJ 07054 |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Fill in this information to identify the case:

Debtor name            Jacobson Hotels, Inc.

United States Bankruptcy Court for the:
            Southern District of Texas

Case number (if known):     20-33957      Chapter    11

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*............................................................................................... $6,000,000.00

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*............................................................................................. $31,000.00

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*............................................................................................... $6,031,000.00

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. $3,850,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................... $0.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................... **+** $538,014.87

4. **Total liabilities**..................................................................................................................... $4,388,014.87

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name _____Jacobson Hotels, Inc._____

United States Bankruptcy Court for the:

_____Southern District of Texas_____

Case number (if known): _____20-33957_____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☑  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐  *Amended Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____08/18/2020_____          **X** _/s/ Grace L. Jacobson_____
MM/  DD/  YYYY                                    Signature of individual signing on behalf of debtor

                                                 Grace L. Jacobson_____
                                                 Printed name

                                                 Director_____
                                                 Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name _____Jacobson Hotels, Inc._____

United States Bankruptcy Court for the:

_____Southern District of Texas_____

Case number (if known): _____20-33957_____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Amenity Services<br>110 W Dayton Street 3-201<br>Edmonds, WA 98020 | | | | | | $110.00 |
| 2 American Express<br>PO Box 981535<br>El Paso, TX 79998 | | Credit Card debt | | | | $5,000.00 |
| 3 BB&T<br>P.O. Box 200<br>Wilson, NC 27894 | | | | | | $5,010.00 |
| 4 Centerpoint Energy<br>PO Box 4981<br>Houston, TX 77210 | | | | | | $1,132.00 |
| 5 Chase Ink Card<br>P.O. Box 15123<br>Wilmington, DE 19850-5123 | | | | | | $80,000.00 |
| 6 Consolidated Communications<br>P.O. Box 66523<br>Saint Louis, MO 63166-6523 | | | | | | $300.00 |
| 7 Entergy<br>P.O. Box 8104<br>Baton Rouge, LA 70891 | | Utilities | | | | $23,067.87 |
| 8 HD Supply Facilities Maintenance<br>P.O. Box 509058<br>San Diego, CA 92150 | | | | | | $2,806.00 |

Debtor   Jacobson Hotels, Inc. _____   Case number *(if known)* _____ 20-33957
           Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Jacobson Hospitality, Inc. 35 Marquise Oaks Pl. Spring, TX 77382 | | Loans | | | | $80,000.00 |
| 10 | Jacobson, Kenneth 35 Marquise Oaks Pl. Spring, TX 77382 | | Loans | | | | $300,000.00 |
| 11 | Mood Media P.O. Box 602777 Charlotte, NC 28260-2777 | | | | | | $38.00 |
| 12 | Sherwin Williams 17947 I-45 202 Shenandoah, TX 77385 | | | | | | $600.00 |
| 13 | Small Business Administration 409 3rd St., SW Washington, DC 20416 | | PPP loan | | | | $22,000.00 |
| 14 | Swaly Tax Services c/o Daksha Patel 9555 W. Sam Houston Pkwy S. 335 Houston, TX 77099 | | Services | | | | $2,700.00 |
| 15 | Synchrony Bank P.O. Box 965004 Orlando, FL 32896 | | | | | | $12,000.00 |
| 16 | Versacor P.O. Box 93809 Southlake, TX 76092 | | | | | | $2,833.00 |
| 17 | WCA Waste Systems P.O. Box 4524 Houston, TX 77210 | | | | | | $418.00 |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Jacobson Hotels, Inc. |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known): | 20-33957 |

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From 01/01/2020 MM/ DD/ YYYY to Filing date | ☑ Operating a business<br>☐ Other _____ | approx. 200,000<br>$0.00 |
| For prior year: From 01/01/2019 MM/ DD/ YYYY to 12/31/2019 MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $447,991.00 |
| For the year before that: From 01/01/2018 MM/ DD/ YYYY to 12/31/2018 MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $633,636.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From 01/01/2020 MM/ DD/ YYYY to Filing date | | |
| For prior year: From 01/01/2019 MM/ DD/ YYYY to 12/31/2019 MM/ DD/ YYYY | | |
| For the year before that: From 01/01/2018 MM/ DD/ YYYY to 12/31/2018 MM/ DD/ YYYY | | |

| Debtor | Jacobson Hotels, Inc. | Case number *(if known)* | 20-33957 |
|---|---|---|---|
| | Name | | |

---

**Part 2:  List Certain Transfers Made Before Filing for Bankruptcy**

---

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  Ordinary course payments to vendors<br>Creditor's name<br><br>Street<br><br>City          State    ZIP Code | | various | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  Jacobson, Grace<br>Creditor's name<br><br>35 Marquise Oaks Pl<br>Street<br><br>Spring, TX 77382<br>City          State    ZIP Code | | $36,000.00 | salary for operating hotel |
| **Relationship to debtor**<br>Director, Controlling shareholder | | | |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1.<br>Creditor's name<br><br>Street<br><br>City          State    ZIP Code | | | |

---

| Debtor | Jacobson Hotels, Inc. | Case number *(if known)* | 20-33957 |
|---|---|---|---|
| | Name | | |

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 5.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br>City          State     ZIP Code | _____<br><br>XXXX–___ ___ ___ ___ | _____ | _____ |

---

## Part 3: Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Case title**<br>Jacobson Hotels v. Texas Gulf Bank<br><br>**Case number**<br>20-07-09070 | Debtor sought a temporary restraining order to prevent non-judicial foreclosure; Case non-suited | Montgomery County District Court<br>Name<br><br>Street<br><br>Conroe, TX<br>City          State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.2. | **Case title**<br>Non-Judicial Foreclosure Proceeding<br><br>**Case number** | Texas Gulf Bank non-judicial foreclosure. Stayed by bankruptcy filing | Montgomery County<br>Name<br><br>Street<br><br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Case title**<br>City of Shenandoah v. Jacobson Hotels, Inc.<br><br>**Case number**<br>20-03-03806 | Ordinance dispute. | Montgomery County District Court<br>Name<br><br>Street<br><br>Conroe, TX<br>City          State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

Debtor    Jacobson Hotels, Inc.
Name                                                          Case number *(if known)*          20-33957

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

Custodian's name

Street

Case title

Court name and address

Name

Case number

Street

City          State     ZIP Code

Date of order or assignment

City                State     ZIP Code

---

**Part 4:**  Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

Street

City          State     ZIP Code

Recipient's relationship to debtor

---

**Part 5:**  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|

10.1.

---

**Part 6:**  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Debtor    Jacobson Hotels, Inc.      Case number *(if known)*    20-33957
Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Devine, Patrick D. | Attorney's Fee | 8/3/2020 | $21,700.00 |
| | **Address** | | | |
| | P.O. Box 1229 Street | | | |
| | Pinehurst, TX 77362 City   State   ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Jacobson Hotels, Inc. | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | **Trustee** | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Address** | | | |
| | Street | | | |
| | City   State   ZIP Code | | | |
| | **Relationship to debtor** | | | |

Debtor ____Jacobson Hotels, Inc._____ Case number *(if known)* _____20-33957____
      Name

---

**Part 7:**   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ <br>    Street <br><br> _____ <br><br> _____ <br>    City       State    ZIP Code | From _____ To _____ |

---

**Part 8:**   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br>   Facility name <br><br> _____ <br>   Street | _____ | _____ |
| _____ <br>   City     State    ZIP Code | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. <br><br> _____ <br><br> _____ | **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

---

**Part 9:**   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?
     ☐ No
     ☐ Yes

---

Debtor    Jacobson Hotels, Inc.         Case number *(if known)*     20-33957
      Name

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

     Has the plan been terminated?

     ☐ No

     ☐ Yes

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.** Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **18.1** _____ <br> Name <br> _____ <br> Street <br> _____ <br> _____ <br> City   State   ZIP Code | XXXX– __ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | _____ | _____ |

**19.** Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **19.1** _____ <br> Name <br> _____ <br> Street <br> _____ <br> City   State   ZIP Code | _____ <br> _____ <br> _____ <br> **Address** <br> _____ | _____ <br> _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

**20.** Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

---

Debtor    Jacobson Hotels, Inc.                                             Case number *(if known)*        20-33957
_____
          Name

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|---------------------------|-----------------------------------|-----------------------------|----------------------------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State      ZIP Code | | | |

---

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|--------------------------|--------------------------|-----------------------------|-------|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City          State   ZIP Code | | | |

---

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|------------|----------------------------------|--------------------|----------------|
| | | | ☐ Pending |
| | Name | | ☐ On appeal |
| Case number | Street | | ☐ Concluded |
| | | | |
| | City          State   ZIP Code | | |

| Debtor | Jacobson Hotels, Inc. | Case number *(if known)* | 20-33957 |
|---|---|---|---|
| | Name | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | _____ | _____ |
| _____ Street | _____ Street | _____ | |
| _____ City          State    ZIP Code | _____ City          State    ZIP Code | _____ | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | _____ | _____ |
| _____ Street | _____ Street | _____ | |
| _____ City          State    ZIP Code | _____ City          State    ZIP Code | _____ | |

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. Hampton Inn _____ Name | Prior hotel franchise _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| _____ Street | | **Dates business existed** |
| _____ City          State    ZIP Code | | From _____  To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

Debtor   Jacobson Hotels, Inc.                                        Case number *(if known)*          20-33957
         Name

| Name and address | Dates of service |
|---|---|

26a.1.   Swaly Tax Services                                  From _____   To _____
         Name

         9555 W. Sam Houston Pkwy S. 335
         Street

         c/o Daksha Patel

         Houston, TX 77099
         City                          State           ZIP Code

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a
       financial statement within 2 years before filing this case.

       ☐ None

| Name and address | Dates of service |
|---|---|

26b.1.   Swaly Tax Services                                  From _____   To _____
         Name

         9555 W. Sam Houston Pkwy S. 335
         Street

         c/o Daksha Patel

         Houston, TX 77099
         City                          State           ZIP Code

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

       ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.
         Swaly Tax Services
         Name

         9555 W. Sam Houston Pkwy S. 335
         Street

         c/o Daksha Patel

         Houston, TX 77099
         City                          State           ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued
       a financial statement within 2 years before filing this case.

       ☐ None

| Name and address |
|---|

26d.1.   Texas Gulf Bank
         Name

         1030 Dixie Drive
         Street

         Clute, TX 77531-5124
         City                          State           ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

Debtor     Jacobson Hotels, Inc.                                            Case number *(if known)*        20-33957
          Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

Name

Street

City                     State          ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jacobson, Grace | 35 Marquise Oaks Pl Spring, TX 77382 | Director, Owner | 90.00 % |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____<br>To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.   Jacobson, Grace<br>Name<br><br>35 Marquise Oaks Pl<br>Street<br><br>Spring, TX 77382<br>City     State     ZIP Code | | | Salary paid for operating hotel |

| Relationship to debtor |
|---|
| Director, Controlling shareholder |

Debtor    Jacobson Hotels, Inc.          Case number *(if known)*    20-33957

Name

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/18/2020
           MM/ DD/ YYYY

**X**   /s/ Grace L. Jacobson

Signature of individual signing on behalf of the debtor

Position or relationship to debtor

Director

Printed name         Grace L. Jacobson

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes